| | |
|---|---|
| 1 | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
|   | A Professional Law Corporation |
| 2 |   Jeffrey D. Lewin (068202) |
|   |   Raul Cadena (185787) |
| 3 | 550 West C Street, Suite 1500 |
|   | San Diego, California 92101 |
| 4 | Telephone: (619) 233-4100 |
|   | Fax Number: (619) 231-4372 |

DAVIS, SAPERSTEIN & SALOMON, P.C.
  Samuel L. Davis, Esq. (02027)
  Ty Hyderally, Esq. (02323)
375 Cedar Lane
Teaneck, NJ 07666
Telephone: (201) 907-5000
Fax Number: (201) 692-0444

Attorneys for Plaintiff Veterans Plumbing Service & Supply, Inc.
dba Veterans Plumbing Service and Supplies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS PLUMBING SERVICE AND SUPPLIES, INC., | ) CASE NO. C 01 1756 CRB |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL** |
| | ) |
| v. | ) |
| | ) |
| THE GAP, INC., JOHN DOES 1-10, AND XYZ CORP. 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |

/ / /

/ / /

/ / /

-1-

172679.1

NOTICE OF DISMISSAL
CASE NO. C 01 1756 CRB

-2-

1   PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff Veterans
2  Plumbing Service & Supply, Inc. dba Veterans Plumbing Service and Supplies, Inc.
3   voluntarily dismisses its complaint against the Gap, Inc. in the above-entitled action without
4  prejudice.

8  Dated:_____        SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                  A Professional Law Corporation

11                                By: _____
                                     Raul Cadena
                                     Attorneys for Plaintiff Veterans Plumbing
12                                   Service & Supply, Inc. dba Veterans
                                     Plumbing Service and Supplies, Inc.

-2-

172679.1

NOTICE OF DISMISSAL
CASE NO. C 01 1756 CRB